IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EUGENE TODD,

      Appellant,

         Case No. 5D22-1523

v.         LT Case No.  2022-30646-COCI

CONQUESTOR TODD AND TREMALE
MORGAN,

      Appellees.

_____/

Decision filed September 20, 2022

Appeal from the County Court
for Volusia County,
Wesley Heidt, Judge.

Eugene Todd, Daytona Beach, pro se.

No Appearance for Appellees.


PER CURIAM.


      AFFIRMED.


LAMBERT, C.J., EISNAUGLE and HARRIS, JJ., concur.